U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUGH DEAR,<br>     Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-11803 RWZ<br>) |
| MASSACHUSETTS BAY<br>COMMUTER RAILROAD,<br>     Defendant | )<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter our appearance as attorneys for the Defendant, Massachusetts Bay Commuter Railroad, in the above-entitled case.

DATED AT BOSTON, MASSACHUSETTS THIS 31ST DAY OF AUGUST, 2004.

MASSACHUSETTS BAY
COMMUTER RAILROAD,
By its attorneys,

*/s/ Sharon H. Church*
John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA  02111
(617) 695-3755