```
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------X
HUGH DEAR,
            Plaintiff       :

    -vs-                    :      CIVIL ACTION
                                   NO.:
                                   04-11803 (RMZ)


                            :
MASSACHUSETTS BAY COMMUTER
RAILROAD,                   :
            Defendant
-----------------------------------X
```

**PLAINTIFF'S MOTION FOR ADMISSION OF COUNSEL
PRO HAC VICE**

The plaintiff moves through his counsel, Robert Naumes, of Thornton & Naumes, LLP., for the admission of Michael Flynn for the purpose of participating in the representation of the plaintiff in the above-captioned case.

As grounds for this motion, undersigned counsel states as follows:

1.  Michael Flynn is an attorney duly licensed to practice law in the state of New York.

2.  Michael Flynn is familiar with the underlying facts of this case and has represented plaintiffs in similar actions in the past;

3.  Admission of Michael Flynn pro hac vice

will not impede the progress of this action;

4.   Michael Flynn agrees to comply with all the rules of this Court and hereby agrees to submit to the disciplinary jurisdictin of this Court; and

5.   The undersigned counsel, who has appeared in this action, will associate with Michael Flynn and will act as co-counsel.

6.   The defendant does not object to this motion.

WHEREFORE, the undersigned counsel moves for the admission of Michael Flynn for the purpose of representing the plaintiff in the above-captioned action.

DATE:
10/6/04

THE PLAINTIFF

*/s/ Robert T. Naumes*

Robert T. Naumes, Esq.
Thornton & Naumes, LLP.
100 Summer Street
30th Floor
Boston, MA 02110

Certificate of Service

    I hereby certify that on October 6, 2004, I served the foregoing Motion for Admission of Counsel Pro Hac Vice by electronic mail to:

Michael Flynn, Esq.
Law Offices of Michael Flynn, PLLC
1205 Franklin Avenue
Garden City, NY 11530

John J. Bonistalli, Esq.
Sharon H. Church, Esq.
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02109


_____
Robert T. Naumes