Law Offices of Michael Flynn, PLLC
Attorneys for Plaintiff
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------X
HUGH DEAR,

                Plaintiff,                Civil Action No.: 04-11803 (RWZ)

   -against-

MASSACHUSETTS BAY COMMUTER
RAILROAD,

                Defendants.
-------------------------------------------------------X

### AFFIDAVIT IN SUPPORT OF MOTION
### FOR ADMISSION PRO HAC VICE

STATE OF NEW YORK)
                ) SS.:
COUNTY OF NASSAU )

MICHAEL FLYNN, ESQ. being duly sworn, deposes and says:

1) I am an attorney duly licensed to practice law in the State of New York. I am a member of the Law Office of Michael Flynn, PLLC, 1205 Franklin Avenue, Garden City, NY 11530, attorney for the plaintiff in the above-captioned matter.

2) This Affidavit is respectfully submitted in support of the instant motion, pursuant to Rule _____ of the Massachusetts Rules of Court, permitting me to appear and participate in this action Pro Hac Vice.

3) I am a member in good standing of the Bar of the State of New York and admitted to practice before all Courts of the State. In addition, I am admitted to practice in the

United States District Court for the Southern, Eastern, Western and Northern Districts of New York, the District of Connecticut, the Second Circuit Court of Appeals and the United States Supreme Court.

4) No disciplinary proceedings are pending against me in any jurisdiction.

5) I have represented the plaintiff in this case since February 10, 2004, and therefore, am fully familiar with the facts and circumstances upon which the Complaint in this action is based. I have specialized in FELA cases for 26 years and I am designated counsel for plaintiff's union. The plaintiff has specifically requested that I continue my representation of him in connection with the instant action.

6) At all times throughout this action, I would be associated as co-counsel with Robert Naumes, Esq. who would serve as counsel of record. Mr. Naumes is an attorney in good standing and duly admitted to the Bar of this Court.

7) Accordingly, for the foregoing reasons, it is respectfully requested that the instant motion permitting your deponent to appeal and participate Pro Hac Vice, in the above-entitled action be granted in all respects.

_____
MICHAEL FLYNN

Sworn to before me this
5th day of October, 2004

_____
NOTARY PUBLIC

EVA MUSELEVICHUS
Notary Public, State of New York
No. 4856015
Qualified in Suffolk County
Commission Expires June 23, 2006