## U.S. DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

HUGH DEAR, )
    Plaintiff )
     )
v. ) CIVIL ACTION NO. 04-11803 RWZ
     )
MASSACHUSETTS BAY )
COMMUTER RAILROAD, )
    Defendant )

### JOINT STATEMENT OF PROPOSED PRE-TRIAL SCHEDULE

Pursuant to this Court's Notice of Scheduling Conference, counsel for the parties in the above-captioned matter have consulted regarding the pre-trial schedule of this matter. Following is their proposed Pre-Trial Schedule:

1. All non-expert discovery, including depositions, shall be completed by February 28, 2005.
2. All expert discovery, including depositions, shall be completed by March 31, 2005.
3. All motions under F.R.C.P. 12, 19 and 20 shall be filed by December 28, 2004.
4. All motions under F.R.C.P. 15 shall be filed by March 31, 2005.
5. All motions under F.R.C.P. 56 shall be filed by April 30, 2005.

The defendant does not agree to have this case tried by a magistrate judge.

Signed certifications will be submitted under separate cover, stating that the parties and their counsel have had the opportunity to discuss a budget for the costs of litigating this claim.

Respectfully submitted,
Plaintiff,
Hugh Dear,
By his attorneys,

*(signature)*
Robert T. Naumes; BBO #
THORNTON & NAUMES
100 Summer Street
Boston, MA 02110
(617) 720-1333

*(signature)*
Michael Flynn, Esquire
Law Offices of Michael Flynn, PLLC
1205 Franklin Avenue
Garden City, NY 11530
(516) 877-1234

Dated: 10.6.04

Defendant,
Massachusetts Bay Commuter Railroad,
By its attorneys,

*(signature)*
John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755

2