**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HUGH DEAR, <br> Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY <br> COMMUTER RAILROAD, <br> Defendant | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11803 RWZ <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S CERTIFICATION OF LITIGATION BUDGET DISCUSSIONS

The defendant, Massachusetts Bay Commuter Railroad, and its counsel, the Law Offices of John J. Bonistalli, hereby certify that they have conferred regarding the estimated costs of litigating this claim.

This shall also certify that the defendant, Massachusetts Bay Commuter Railroad, is agreeable to attempting to resolve this issue through alternative dispute resolution, if necessary.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 6TH DAY OF OCTOBER, 2004.

Michael Morningstar
Claims Manager
Massachusetts Bay Commuter Railroad
89 South Street
Boston, MA 02111
(617) 222-8034

John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755