**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HUGH DEAR,<br>  Plaintiff | )<br>)<br>) |
| v. | ) **CIVIL ACTION NO. 04-11803 RWZ**<br>) |
| MASSACHUSETTS BAY<br>COMMUTER RAILROAD,<br>  Defendant | )<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as attorney for the Defendant, Massachusetts Bay Commuter Railroad, in the above-entitled case. The Law Offices of John J. Bonistalli will continue to represent the defendant in this matter.

DATED AT BOSTON, MASSACHUSETTS THIS 4th DAY OF FEBRUARY, 2005.

_____
Sharon H. Church; BBO # 640878
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA  02111
(617) 695-3755

## CERTIFICATE OF SERVICE

  I, Sharon H. Church, attorney for the defendant, Massachusetts Bay Commuter Railroad, hereby certify that a true copy of the foregoing Notice of Withdrawal was sent via first class mail, postage prepaid, this 4th day of February, 2005 to:

Robert T. Naumes, Esquire
THORNTON & NAUMES
100 Summer Street
Boston, MA 02110

Michael Flynn, Esquire
LAW OFFICES OF MICHAEL FLYNN, PLLC
1205 Franklin Avenue
Garden City, NY 11530

_____
Sharon H. Church