UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11803-RWZ

HUGH DEAR

v.

MASSACHUSETTS BAY COMMUTER RAILROAD

PRETRIAL ORDER

April 27, 2005

ZOBEL, D.J.

This matter having come before the Court at a pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., 28 U.S.C., and Michael J. FLynn having appeared as counsel for plaintiff Hugh Dear; and John J. Bonistalli having appeared as counsel for defendant Massachusetts Bay Commuter Railroad, the following action was taken:

1.  TRIAL

Trial is scheduled to commence on July 18, 2005, at 9 a.m. and is estimated to last two days.

2.  JURY

The parties agreed to impanel eight jurors. Each side shall have four peremptory challenges. Counsel shall file proposed questions to the jury on voir dire no later than July 11, 2005.

3.  ISSUES

The parties agree that the only issues to be tried are:

   a)   whether defendant was negligent by leaving the trailer hitch on the truck;

    b)     whether plaintiff was negligent by violating safety rules;

    c)     whether defendant's and/or plaintiff's negligence caused plaintiff's injuries and the extent to which the negligence of each contributed to cause the injuries;

    d)     The amount of damages. Plaintiff claims for lost earnings, diminished earning capacity, pain and suffering.

4.     <u>WITNESSES</u>

On or before July 11, 2005, each party shall file a list of witnesses who will testify at trial.

5.     <u>EXHIBITS</u>

Prior to the commencement of trial on July 18, 2005, counsel shall confer with each other concerning any exhibits each intends to offer and note any objections each may have to the exhibits of the other. All exhibits to which opposing counsel do not object shall be deemed to be admitted into evidence. Counsel shall mark these exhibits, prepare a listing thereof, and file four copies. Objected-to exhibits shall be marked for identification and listed separately.

6.     <u>REQUESTS AND QUESTIONS</u>

On the first day of trial, July 18, 2005, counsel shall file:

    a.     Requests for instructions; and

    b.     Proposed questions to the jury on special verdict.

                                                /s/ Rya W. Zobel

DATE                          RYA W. ZOBEL
                              UNITED STATES DISTRICT JUDGE