UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUGH DEAR,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>COMMUTER RAILROAD,<br>    Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11803 RWZ<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MASSACHUSETTS BAY COMMUTER RAILROAD'S REQUEST
FOR VOIR DIRE QUESTIONS**

Now comes the defendant Massachusetts Bay Commuter Railroad and respectfully requests that the Court propose the following questions to the venire pool, in addition to those required by law:

    1.    Do you rely on the Massachusetts Bay Commuter Railroad, i.e. " the Commuter Rail" to get to work? If so, have you formed any opinions, either positive or negative, about the commuter railroad that would affect your ability to sit in judgment on this case and base your verdict solely on the evidence presented at this trial?

    2.    Have you, or anyone in your immediate family, or any of your close friends ever been employed by the Massachusetts Bay Commuter Railroad?

    3.    Have you, or anyone in your immediate family, ever filed a claim against your employer in which you sought compensation for an injury which occurred while you were engaged in the scope of your employment? If so, would it affect your ability to sit in judgment on this case and base your verdict solely on the evidence presented at this trial?

    4.    Are you, or anyone in your immediate family, a member, or have you ever or they ever been a member, of a labor union? If yes, have you formed any opinions, either positive or negative, about unions that would affect your ability to sit in judgment on this case and base your verdict solely on the evidence presented at this trial?

                                                Respectfully Submitted,
                                              Massachusetts Bay Commuter Railroad
                                              By Its Attorney

Dated: 7-11-05

*John A. Bonistalli* /s/
John Bonistalli, Esq. (BBO# 049120)
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755, ext. 23