UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HUGH DEAR,<br>    Plaintiff | )<br>)<br>) |  |
| v. | )<br>) | CIVIL ACTION NO. 04-11803 RWZ |
| MASSACHUSETTS BAY<br>COMMUTER RAILROAD,<br>    Defendant | )<br>)<br>)<br>)<br>) |  |

### DEFENDANT MASSACHUSETTS BAY COMMUTER RAILROAD'S
### PROPOSED VERDICT SLIP

Now comes the defendant Massachusetts Bay Commuter Railroad ("MBCR") and proposes the following Verdict Slip for use by the jury.

Respectfully Submitted,
Massachusetts Bay Commuter Railroad
By Its Attorney

Dated: 7-11-05

_____
John Bonistalli, Esq. (BBO# 049120)
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755, ext. 22

1. Has the plaintiff proven, by a preponderance of the evidence that the defendant was negligent on July 7, 2003, by leaving the trailer hitch on the truck?

    Yes _____          No _____

    If your answer is "yes," go on to Question No. 2. If your answer is "no," please stop here, and date and sign the verdict slip.

2. Has the plaintiff proven, by a preponderance of the evidence, that the defendant's negligence was a contributing cause of an injury to the plaintiff on July 7, 2003?

    Yes _____          No _____

    If your answer is "yes," go on to Question No. 3. If your answer is "no," please stop here and date and sign the verdict slip.

3. Was the plaintiff negligent?

    Yes _____          No _____

    If your answer is "yes," go on to Question No. 4. If your answer is "no," please go on to Question No. 6.

4. Was the plaintiff's negligence a contributing cause of his injuries?

    Yes _____          No _____

    If your answer is "yes," go on to Question No. 5. If your answer is "no," please go on to Question 6.

5. If your answer to Question No. 4 was "yes," what percentage of negligence do you attribute to each of the parties? (Your answer must total to 100%).

    Plaintiff                                _____%

    Defendant                              _____%

                                    Total:    100%

6.    What is the amount of damages which you award to plaintiff to compensate him for past and future pain and suffering of which the defendant's negligence was a contributing cause?

$ _____ Dollars ( In numbers)

$ _____ Dollars ( in words)

Dated:                                         _____

                                                       Foreperson's Signature