UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUGH DEAR,<br>　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS BAY<br>COMMUTER RAILROAD,<br>　　　Defendant | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-11803 RWZ<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT MASSACHUSETTS BAY COMMUTER RAILROAD'S WITNESS LIST

Now comes the defendant Massachusetts Bay Commuter Railroad ("MBCR") and pursuant to the Court's April 27, 2005, pre-trial order (Zobel, J.) submits its witness list for trial:

1. Raymond Morris, c/o MBCR 89 South Street, Boston, MA 02111

2. Steve Gerbick, c/o MBCR 89 South Street, Boston, MA 02111

3. John M. Prugh, c/o MBCR 89 South Street, Boston, MA 02111

4. Dr. Robert Pennell, 3 Nagog Park, Acton, MA 01720. Dr. Pennell will testify as an "expert" and will testify in a manner to the facts opinions as presented to opposing counsel and the Court in the parties' Joint Pre-Trial Order.

5. James McCabe, c/o MBCR 89 South Street, Boston, MA 02111.

6. Daniel McNall, c/o MBCR 89 South Street, Boston, MA 02111.

In addition, the defendant MBCR reserves the right to call rebuttal witnesses and those witnesses listed on the plaintiff's list of witnesses.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　Massachusetts Bay Commuter Railroad
　　　　　　　　　　　　　　　　　　By Its Attorney

Dated: 7-11-05

_____
John Bonistalli, Esq. (BBO# 049120)
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755, ext. 22

## CERTIFICATE OF SERVICE

I, John J. Bonistalli, attorney for the defendant, Massachusetts Bay Commuter Railroad, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this ___11th___ day of ___July___, 2005, to: Robert T. Naumes, Esquire, THORNTON & NAUMES, 100 Summer Street, Boston, MA 02110; Michael Flynn, Esquire, LAW OFFICES OF MICHAEL FLYNN, PLLC 1205 Franklin Avenue, Garden City, NY 11530

_____