The Law Offices of

# Michael Flynn, PLLC

1205 Franklin Avenue
Garden City, N.Y. 11530
Tel: (516) 877-1234
Fax: (516) 877-1177
Toll Free: (866) 877-FELA

Michael Flynn
―――――――
Charles Rock, Of Counsel
David Sutton, Of Counsel

New York City Offices
(212) 986-4921
One Penn Plaza
100 Park Avenue

July 8, 2005

Judge Rya W. Zobel
United State District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE:  DEAR V. MBCRR
     Civil Action No.: 04-11803 RWZ

Dear Judge Zobel:

I am plaintiff's counsel in the above-entitled case. Pursuant to the Court's Order of April 27, 2005, the following are plaintiff's list of witnesses who will testify at trial:
    Hugh Dear
    Robert Sims
    Steve Gerbick
    Raymond Morris
    Dr. J. W. Cater

Also enclosed, please find Plaintiff's Request for Voir Dire.

Respectfully submitted,

*[signature]*
Michael Flynn

MF:EF
Cc: John J. Bonistalli, Esq.