UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------X

HUGH DEAR,

                Plaintiff,              04 Civ. 11803 (RWZ)

     -against-

MASSACHUSETTS BAY COMMUTER
RAILROAD,

               Defendant.
-------------------------------------------------------------X

## PLAINTIFF'S REQUEST FOR VOIR DIRE

1. Present address?

2. Occupation?

3. Married?

4. If applicable, spouse's occupation.

5. Children? If so, children's occupation.

6. Has any prospective juror, member of his family, or close friends, ever brought a claim for personal injuries? If so, please explain the circumstances.

7. Has any prospective juror, member of his family, or close friends, ever been involved in a lawsuit either as a plaintiff or defendant. If so, please explain the circumstances.

8. Have any prospective jurors ever served on a jury before? If so, please explain when, where, type of case and if it went to verdict.

9. Does any prospective juror, member of his family, or close friends, work or have any relationship whatsoever with the defendant, Massachusetts Bay Commuter Railroad.

10. Does any prospective juror, member of his family, or close friends, know any of the witnesses that may be called to testify:

Hugh Dear, 35 Rockwell Street, Dorchester, MA   (347) 830-0415

Robert Sims, 570 South Main Street, Raynham, MA  (508) 326-9099

John Prugh, c/o Massachusetts Bay Commuter Railroad , 89 South Street, Boston, MA 02111   (617) 222-3620

Steven Gerbick, c/o Massachusetts Bay Commuter Railroad, 89 South Street, Boston, MA 02111 (phone numbers unknown)

Raymond Morris, c/o Massachusetts Bay Commuter Railroad, 89 South Street, Boston, MA 02111 (phone numbers unknown)

Dr. W. J. Cater, 2110 Dorchester Avenue, Suite 211, Dorchester, MA 02124 (617) 296-6622

Dr. Kenneth Harris, South Shore Internal Medicine, 100 Highland Street, Milton, MA 02186

11. Have any of you panel members studied law?

12. Have any of you panel members studied medicine?

13. Do any of the panel members have a close relative or friend who is a:

a) trial lawyer

b) orthopedic doctor

14. Plaintiff is a member of a union.  Does any prospective juror have any beliefs or opinions concerning unions or their members which will factor into your judgment in this case?

15. Has any prospective juror or their close family relative ever suffered from a knee injury?

16. If so, do they still suffer lingering effects from those injuries and is there anything about your experience that would prevent you from rendering a fair verdict?

17. If I give you an instruction at the end of the case that if you should find for the plaintiff you must consider an award for pain and suffering, is any prospective juror unwilling, based on person, beliefs or opinions, to award monetary damages for pain and suffering to personal injury claimants?

18. This case involves a claim for an on-the-job injury that is not governed by State Workers' Compensation laws but rather a Federal law that I shall explain to you at the end of the case. Can you set aside your understanding of Workers' Compensation Laws and apply the law I give you at the end of the case?

19. Have any prospective juror at any time owned or utilized a trailer hitch on a truck or motor vehicle? If so, for what purpose did you use your trailer hitch?

DATED: NASSAU, NEW YORK
       July 13, 2005

                               Law Offices of Michael Flynn PLLC

                               By: _____
                               Attorneys for Plaintiff
                               1205 Franklin Avenue
                               Garden City, NY 11530
                               (516) 877-1234

TO:    Law Offices of John J. Bonistalli
        One Financial Center
        Boston, MA 02111