UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
HUGH DEAR,

              Plaintiff,              04 Civ. 11803 (RWZ)

   -against-

MASSACHUSETTS BAY COMMUTER      PLAINTIFF'S PROPOSED
RAILROAD,                                       VERDICT FORM

              Defendant.
------------------------------------------------------------X

1. Has the plaintiff proven, by a preponderance of the evidence that the defendant was negligent on July 7, 2003, in failing to provide a safe place to work, by failing to store the trailer hitch when it was not in use?

    Yes _____               No _____

If your answer is "yes" go on to Question No. 2. If you answer is "no", please stop here, and date and sign the verdict slip.

2. Has the plaintiff proven, by a preponderance of the evidence, that the defendant's negligence was a contributing cause, regardless of how slight, of an injury to the plaintiff on July 7, 2003?

    Yes _____               No _____

If your answer is "yes" go on to Question No. 3. If you answer is "no", please stop here, and date and sign the verdict slip.

3. Was the plaintiff negligent?

    Yes _____               No _____

If your answer is "yes" go on to Question No. 4. If you answer is "no", please go on to Question No. 6.

4. Was the plaintiff's negligence a contributing cause, regardless of how slight, of his injuries?

    Yes _____               No _____

If your answer is "yes" go on to Question No. 5. If you answer is "no", please go on to Question No. 6.

5.   If your answer to Question No. 4 was "yes", what percentage of negligence do you attribute to each of the parties? (Your answer must total to 100%).

Plaintiff                    _____%

Defendant                    _____%

                    TOTAL: 100%

6.   What is the amount of damages which you award to plaintiff to compensate his for past and future pain and suffering of which the defendant's negligence was a contributing cause?

$_____ Dollars (In Numbers)

$_____ Dollars (In Words)


DATED: NASSAU, NEW YORK
       July 13, 2005

                                        LAW OFFICES OF MICHAEL FLYNN, PLLC
                                        Attorneys for Plaintiff
                                        1205 Franklin Avenue
                                        Garden City, NY 11530
                                        (516) 877-1234

                                        By: _____
                                            MICHAEL FLYNN

TO:  Law Offices of John J. Bonistalli
     One Financial Center
     Boston, MA 02111