U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUGH DEAR, )
    Plaintiff )
)
v. ) CIVIL ACTION NO. 04-11803-RWZ
)
MASSACHUSETTS BAY )
COMMUTER RAILROAD, )
    Defendant )
)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as attorney for the Defendant, Massachusetts Bay Commuter Railroad, in the above-entitled case.

        MASSACHUSETTS BAY
        COMMUTER RAILROAD,
        By its attorney,

Dated 7-14-05

        Thomas V. DiGangi, BBO #648415
        LAW OFFICES OF JOHN J. BONISTALLI
        One Financial Center
        Boston, MA 02111
        (617) 695-3755, ext. 23

## CERTIFICATE OF SERVICE

    I, Thomas V. DiGangi, attorney for the defendant, Massachusetts Bay Commuter Railroad, hereby certify that a true copy of the foregoing document was sent via first class mail, postage prepaid, this 14 day of July, 2005 to: Robert T. Naumes, Esquire, THORNTON & NAUMES, 100 Summer Street, Boston, MA 02110; Michael Flynn, Esquire, LAW OFFICES OF MICHAEL FLYNN, PLLC 1205 Franklin Avenue, Garden City, NY 11530