UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
HUGH DEAR,

          Plaintiff,                    04 Civ. 11803 (RWZ)

    -against-

MASSACHUSETTS BAY COMMUTER      PLAINTIFF'S OBJECTIONS TO
RAILROAD,                                        THE AUDIO VISUAL
                                                        TESTIMONY OF DR. CATER
          Defendant.                  TAKEN ON July 11, 2005
------------------------------------------------------------X

      Plaintiff has the following three objections to questions posed by Mr. Bonistallie to Dr. Cater in his cross examination:

      **Objection 1:**      P. 31, L. 15-17

                              P. 31, l. 21-24

                              P. 32, L. 3-4

                              P. 50, L. 10-15

     In all four questions, the defendant makes reference to professional athletes in baseball and football and specifically an athlete named Keith Foulke, in an attempt to compare their recovery speed with that of the plaintiff. Putting aside the fact that there are many professional athletes whose careers are ruined with knee injuries, the defendant merely references those who have had quick recoveries without laying any foundation of admissible evidence concerning these un-named professional athletes. The recovery rate of professional athletes from knee injuries is not relevant to the plaintiff in this case and any such reference is prejudicial and should be stricken. FRE 401

**Objection 2:**     P. 35, L. 21-24

P. 45, L. 3-5

P. 59, L. 10-15

In all three cases, the defendant is reading from a document not in evidence and therefore the question lacks a proper foundation.

**Objection 3:**     P. 63, L. 3-6

The question calls for sheer speculation as to additional trauma without any foundation that there was in fact additional trauma sustained by the plaintiff other than the injury of July 7, 2003 and should be stricken from the testimony.

DATED: July 19, 2005
NASSAU, NEW YORK

                                       Law Offices of Michael Flynn, PLLC
                                       Attorneys for Plaintiff
                                       1205 Franklin Avenue
                                       Garden City, NY 11530
                                       (516) 877-1234

                                       By: _____
                                               MICHAEL FLYNN

### CERTIFICATE OF SERVICE

I, Michael Flynn, attorney for the plaintiff, Hugh Dear, hereby certify that a true copy of the foregoing document was delivered, via overnight mail, postage prepaid to defendant's counsel this 19th day of July, 2005, to:

         Law Offices of John J. Bonistalli
         One Financial Center
         Boston, MA 02111

                                                                       _____
                                                                       MICHAEL FLYNN