UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUGH DEAR, <br>     Plaintiff <br><br> v. <br><br> MASSACHUSETTS BAY <br> COMMUTER RAILROAD, <br>     Defendant | ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 04-11803 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE
CLOSE OF ALL THE EVIDENCE**

Now comes the defendant Massachusetts Bay Commuter Railroad ("MBCR") and pursuant to Fed. R. Civ. P. 50, moves at the close of all the evidence for judgment as a matter of law on plaintiff's claims. MBCR is entitled to judgment as a matter of law on all counts because plaintiff has not proved the elements of his "FELA" claim by a preponderance of the evidence and because he has not proved that MBCR was negligent. See Consolidated Rail Corp. v. Gottshall, 512 U.S. 532 (1994); Model Federal Jury Instructions, c. 89, Insts. 89-1, 89-8 (Matthew Bender, 1997).

                                                Respectfully Submitted,
                                                Massachusetts Bay Commuter Railroad
                                                By Its Attorney

Dated:                                       John J. Bonistalli, Esq., (BBO# 049120)
                                                Law Offices of John J. Bonistalli
                                                One Financial Center
                                                Boston, MA 02111
                                                (617) 695-3755, ext. 22

**CERTIFICATE OF SERVICE**

    I, John Bonistalli, attorney for the defendant, Massachusetts Bay Commuter Railroad, hereby certify that a true copy of the foregoing document was delivered to plaintiff's counsel this _____ day of _____, 2005 to: Michael Flynn, Esquire, LAW OFFICES OF MICHAEL FLYNN, PLLC, 1205 Franklin Avenue Garden City, NY 11530