CIVIL/CRIMINAL CASE NO.: 04-11803

TITLE: Hugh Dean VS. Mass Bay

## JURY PANEL

| | | | |
|---|---|---|---|
| 01. | Lora Wooster | 07. | Mary Burlingame |
| 02. | Salem Mekuria | 08. | Emily Van Ark |
| 03. | Beverly Simogie | 09. | |
| 04. | Celia Felix | 10. | |
| 05. | Lauren Nadeau | 11. | |
| 06. | Peter Stephen | 12. | |
| ALT. #1 | | ALT. #2 | |
| ALT. #3 | | ALT. #4 | |

## WITNESSES

| PLAINTIFF/GOVT. | | DEFENDANT | |
|---|---|---|---|
| 01. | Hugh Dean 7/21 | 01. | Robert R. Pennell 7/22 |
| 02. | Steven Gerbik 7/21 | 02. | |
| 03. | Willie Cater 7/21 (video depo) | 03. | |
| 04. | Robert R. Pennell 7/22 | 04. | |
| 05. | | 05. | |
| 06. | | 06. | |
| 07. | | 07. | |
| 08. | | 08. | |
| 09. | | 09. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |