UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11803-RWZ


HUGH DEAR

v.

MASSACHUSETTS BAY COMMUTER  RAILROAD


QUESTIONS TO THE JURY ON SPECIAL VERDICT


1(a)    Was defendant Massachusetts Bay Commuter Railroad negligent?

YES ___✓___          NO _____

If your answer to Question 1(a) is YES, please answer next Question 1(b).
If your answer to Question 1(a) is NO, please return you verdict to the Court.


1(b)    Did defendant's negligence cause or contribute to cause plaintiff's injuries?

YES ___✓___          NO _____

If your answer to Question 1(b) is YES, please answer next Question 2(a).
If your answer to Question 1(b) is NO, please return you verdict to the Court.


2(a)    Was plaintiff negligent?

YES ___✓___          NO _____

If your answer to Question 2(a) is YES, please answer next Question 2(b).
If your answer to Question 2(a) is NO, please answer next Question 4.


2(b)    Did plaintiff's negligence cause or contribute to cause his injuries?

YES ___✓___          NO _____

If your answer to Question 2(b) is YES, please answer next Question 3.
If your answer to Question 2(b) is NO, please answer next Question 4.

3.    The relative degree of negligence of defendant and plaintiff, expressed in percentages, was as follows:

Defendant            _____90_____ %

Plaintiff             _____10_____ %

Please note that the sum of the percentages must be 100%.

If your answer to Question 1(a) and 1(b) was YES, please answer next Question 4.

4.    Plaintiff's damages are:    $ _150,000 °°_

_July 22, 2005_
DATE

_Beverly Somogie_
FOREPERSON

2