# United States District Court
## DISTRICT OF MASSACHUSETTS

Hugh Dear
v.
Mass Bay

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-11803

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Zobel | | |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 7/21 | Catherine Handel | L. Urso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 7/21 | ✓ | ✓ | photo of trailer hitch |
| 4 | | 7/21 | ✓ | ✓ | photo " " |
| 5 | | 7/21 | ✓ | ✓ | photo " " |
| 16 | | 7/21 | ✓ | | metal removal of pin |
| | 1 | 7/21 | ✓ | ✓ | safety rules Job Briefing |
| | 2 | 7/21 22 | ✓ | ✓ | Hand Book Safety Rules |
| 17 | | 7/21 | ✓ | ✓ | Safety Rules + Instructions |
| 11 | | 7/21 | ✓ | ✓ | Steven Garbik's statement to company |
| 12 | | 7/21 | ✓ | ✓ | MBCR Committee Investigative report |
| 1 | | 7/21 | ✓ | ✓ | Model of right knee (during video depo) |
| 5 | | 7/22 | ✓ | | MRI Report (03) |
| 6 | | 7/22 | ✓ | | operative note |
| 7 | | 7/22 | ✓ | | Report from Carney Hospital |
| 15 | | 7/21 | ✓ | | Video |
| 18 | | 7/22 | ✓ | | redacted transcript (video) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages