UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------------------X
HUGH DEAR,

               Plaintiff,            04 Civ. 11803 (RWZ)

  -against-

MASSACHUSETTS BAY COMMUTER
RAILROAD,

               Defendant.
-------------------------------------------------------------X

    WHEREAS, a jury having returned a verdict on July 22, 2005 following the trial of this action in favor of the plaintiff finding that the defendant MBCRR was 90% at fault and that the plaintiff was contributorily negligent by 10% of the total damages of $150,000.00.
    IT IS HEREBY ORDERED that Judgment be entered by the Court in the above-entitled action in favor of the plaintiff Hugh Dear as a final Judgment in the amount of $135,000.00 and the Clerk is directed to enter such Judgment forthwith.

DATED: NASSAU, NEW YORK
    ~~July~~ , ~~2004~~ 2005
    August 4

               SO ORDERED:

               _____
               JUDGE RYA W. ZOBEL

Entered: